IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DESIREE BAKER,<br><br>               Plaintiff,<br><br>vs.<br><br>ALBERTON JOINT SCHOOL DISTRICT #2,<br><br>               Defendant. | CV 24-157-M-KLD<br><br>ORDER OF RECUSAL |

     I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington, Lohn, and Robinson. Accordingly, I ask that this case be reassigned.

     DATED this 7th day of November, 2024.

                                                        Kathleen L. DeSoto
                                                        United States Magistrate Judge