IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DESIREE BAKER,<br><br>  Plaintiff,<br><br>vs.<br><br>ALBERTON JOINT SCHOOL DISTRICT #2,<br><br>  Defendant. | CV 24–157–M–DLC<br><br><br><br>ORDER |

Before the Court is Defendant Alberton Joint School District #2's Unopposed Motion to Remand to State Court. (Doc. 7.) Upon consideration of the Motion and the fact that this Court now lacks jurisdiction in this matter pursuant to 28 U.S.C. § 1446,

IT IS ORDERED that the Motion (Doc. 7) is GRANTED. This matter is remanded back to Montana's Fourth Judicial District Court, Mineral County, under Cause No. DV-31-2024-0024-CR.

IT IS FURTHER ORDERED that the Clerk of Court is directed to send a certified copy of this Order to the Mineral County Clerk of District Court.

DATED this 12th day of November, 2024.

Dana L. Christensen, District Judge
United States District Court

- 1 -